## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>　　Paul Anton Barnhart<br>　　Patricia Joanne Barnhart<br>　　　　　Debtor(s) | Case No. 13 B 32907 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 08/19/2013.

　　2)　The plan was confirmed on 03/12/2014.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 05/19/2015.

　　5)　The case was Dismissed on 06/10/2015.

　　6)　Number of months from filing to last payment: 22.

　　7)　Number of months case was pending: 27.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,894.97 |
| Less amount refunded to debtor | $681.95 |

**NET RECEIPTS:** $16,213.02

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $651.14 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,651.14

Attorney fees paid and disclosed by debtor:    $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 21st Century Insurance | Unsecured | 921.00 | NA | NA | 0.00 | 0.00 |
| ABC Financial Services | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| AIT LABS | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 750.00 | 445.97 | 445.97 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 950.00 | 919.51 | 919.51 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 900.00 | 877.67 | 877.67 | 0.00 | 0.00 |
| AT&T U-verse | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| Belmar Physicians | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| Buschbach Ins. Agency | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 815.00 | 812.56 | 812.56 | 0.00 | 0.00 |
| Century Ear Nose and Throat | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| Charter One | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Christ Medical | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 150.00 | 240.00 | 240.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Crescent Bank & Trust | Unsecured | 9,100.00 | 11,439.75 | 11,439.75 | 0.00 | 0.00 |
| Dan Paul | Unsecured | 4,600.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Dr. Ashraf Abourahama | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 600.00 | 557.14 | 557.14 | 0.00 | 0.00 |
| HBLC Inc | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Hospital | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 150.00 | 138.16 | 138.16 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 330.00 | 251.54 | 251.54 | 56.89 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 78.80 | 78.80 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 47,600.00 | 58,114.35 | 58,114.35 | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 2,926.00 | 2,926.00 | 2,926.00 | 696.67 | 92.15 |
| Internal Revenue Service | Priority | 14,600.00 | 34,665.14 | 34,665.14 | 7,836.44 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| IRS Priority Debt | Priority | 3,800.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 2,896.86 | 2,896.86 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 238.78 | 238.78 | 0.00 | 0.00 |
| Little Company of Mary Hosp. | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Plan | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,378.00 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopaedics at RUSH | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | NA | 270.00 | 270.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 150.00 | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 113.00 | 115.14 | 115.14 | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Piotrowski MD SC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 11,462.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 600.00 | 600.93 | 600.93 | 0.00 | 0.00 |
| Preferred Open MRI | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 400.00 | 369.01 | 369.01 | 0.00 | 0.00 |
| Publishers Clearing House | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corp | Secured | 11,513.00 | 11,320.38 | 11,320.38 | 3,293.28 | 586.45 |
| Renata Variakojis | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 900.00 | 229.66 | 229.66 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 554.68 | 554.68 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 446.52 | 446.52 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 500.00 | 253.32 | 253.32 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,600.00 | 780.91 | 780.91 | 0.00 | 0.00 |
| Rush Surgicenter | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Southwest Head & Neck Assoc. | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| The Bureaus Inc | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 1,341.00 | NA | NA | 0.00 | 0.00 |
| Total Home Health | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Tribute Mastercard | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services, Inc. | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| University Anesthesiologists | Unsecured | 51.00 | 51.00 | 51.00 | 0.00 | 0.00 |
| Value City | Unsecured | 2,078.00 | NA | NA | 0.00 | 0.00 |
| Waste Management Inc | Unsecured | 51.00 | 51.00 | 51.00 | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,320.38 | $3,293.28 | $586.45 |
| All Other Secured | $2,926.00 | $696.67 | $92.15 |
| **TOTAL SECURED:** | **$14,246.38** | **$3,989.95** | **$678.60** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $34,916.68 | $7,893.33 | $0.00 |
| **TOTAL PRIORITY**: | **$34,916.68** | **$7,893.33** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$83,881.72** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,651.14 |
| Disbursements to Creditors | $12,561.88 |
| **TOTAL DISBURSEMENTS** : | **$16,213.02** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/23/2015              By: /s/ Marilyn O. Marshall
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**